FILED: December 1, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-387
(1:14-cv-00227-LMB-JFA)

_____

STEVEN M. SHINDLER; STEVEN P. DUSSEK; GOKUL HEMMADY

        Petitioners

v.

IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND PENSION FUND, Individually and on Behalf of All Others Similarly Situated; STATE-BOSTON RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated

        Respondents

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Date Petition Filed: | 12/01/2015 |
| Petitioner(s) | Steven P. Dussek, et al. |
| Appellate Case Number | 15-387 |
| Case Manager | Sharon A. Wiley<br>804-916-2704 |