UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 8, 2015

_____

No. 15-387
(1:14-cv-00227-LMB-JFA)

_____

IN RE NII HOLDINGS, INC. SECURITIES LITIGATION

------------------------------

STEVEN M. SHINDLER; STEVEN P. DUSSEK; GOKUL HEMMADY

        Petitioners

v.

IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND PENSION FUND, Individually and on Behalf of All Others Similarly Situated; STATE-BOSTON RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated

        Respondents

_____

AMENDED CAPTION NOTICE
_____

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

Sharon A. Wiley, Deputy Clerk
804-916-2704